No. 457. Lash, Warden v. Smith. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1187, October Term, 1968. Persico et al. v. United States, 395 U. S. 911. Joint motion for leave to file petition for rehearing denied. Mr. Justice Marshall and Mr. Justice Blackmun took no part in the consideration or decision of this motion.

No. 1518, October Term, 1969. Huie v. Board of Commissioners of the Alabama State Bar, 399 U. S. 905. Motions for The Chief Justice and Mr. Justice Black to recuse themselves denied. Petition for rehearing denied.

October 20, 1970

No. 505. United States v. Fix. Appeal from D. C. N. D. Cal. dismissed pursuant to Rule 60 of the Rules of this Court.

No. 5374. Cashaw v. Woods, Sheriff, et al. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 5526. Stephens v. United States. C. A. 10th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

October 23, 1970

No. ——. Meck v. Commanding Officer, Valley Forge General Hospital, et al. C. A. 3d Cir. Application for stay of deployment and injunction pending appeal presented to Mr. Justice Brennan, and by him referred to the Court, granted.